In the Matter of the Application of Joseph L. Mayer for Admission to the Bar.— Application granted. Present — Burr, Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of. Charles W. Stockton for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Raye P. Woodin for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Car; Woodward and Rich, JJ.

In the Matter of the Application of Sextus E. Taylor to Compel Susa J. Taylor to Turn over Certain Moneys.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ. Order to be settled before Mr. Justice Carr.

George Kimmerle, Respondent, v. The Carey Printing Company, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Mary McLean Ludlow, Appellant, v. The Rector, Church Wardens and Vestrymen of Saint John's Church, in the Town of Islip, New York, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Herbert C. Mason, Respondent, v. Andrew F. Jayne and Mary F. Brown, Appellants. (Actions 1 and 2.) — Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Clifford E. Meade, Appellant, v. Benjamin Goldman, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Charles Messinger, Respondent, v. Edward Rhine, Appellant.— Motion to dismiss appeal denied on condition that the appellant pay respondent ten dollars costs, and serve proposed case on appeal within ten days. Otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

New York and Brooklyn Brewing Company, Appellant, v. Peter Angelo, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

George W. Seaward, as Administrator, etc., of William Z. King, Deceased, Respondent, v. Buell G. Davis, as Executor, etc., of Mary E. King, ceased, Appellant.— Motion denied on condition that appellant pay ndent ten dollars costs, perfect his appeal, place the case on the next ar and be ready for argument when reached. Otherwise, motion d, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, vard and Rich, JJ.

les B. Steuerwald, Appellant, v. Benjamin Sitomer, Respondent.— granted, without costs. Present — Jenks, P. J., Thomas, Carr, rd and Rich, JJ.

Sullivan, Respondent, v. Thomas W. Kennelly, Appellant.— niss appeal granted, with costs. Present — Jenks, P. J., Woodward and Rich, JJ.